**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
**In re:**

    *TILE TEX INDUSTRIES*

                   **Debtor.**
-------------------------------------------------------------------x

Case No.  *1-10-49475-608*
*Chapter 11*

## ORDER

A petition for relief having been filed by the above-captioned Debtor on *October 7, 2010*,  it is hereby

ORDERED, that the Debtor and its counsel, if any, appear at a status and case management conference before the undersigned on *December 8, 2010  at 2:30 pm in Courtroom 3529, United States Bankruptcy Court, Conrad B Duberstein Courthouse, 271 Cadman Plaza East, Brooklyn, NY 11201* for the purpose of determining an appropriate schedule for the proper administration of this case and considering other related matters, motions and applications; and it is further

ORDERED, that the Debtor shall file with the Court, and serve upon the Office of the United States Trustee, monthly operating reports during the pendency of this case; that the operating reports shall be in the form prescribed by the Office of the United States Trustee's Operating Guidelines and Reporting Requirements for Debtors-in-Possession and Trustees for cases pending in this District; and that the operating reports shall be served and filed on or before the 20th day of the month following the reporting period; and it is further

ORDERED, that unexcused failure to comply with the foregoing paragraphs of this Order may constitute cause for conversion of this case to Chapter 7 or dismissal of this case pursuant to 11 U.S.C. § 1112; and it is further

ORDERED, that the Clerk of the Court give notice of this Order to the Debtor, its counsel, the United States Trustee and all creditors and parties in interest.

                                                     *S/Carl E Craig*
                                                     United States Bankruptcy Judge

Dated: *October 14,  2010*
       Brooklyn, New York